# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRANDY NICOLE CRUMP, <br><br> Plaintiff, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 1:18-cv-02302 <br><br> Honorable Judge Gary Feinerman |

## PLAINTIFF BRANDY NICOLE CRUMP'S
## NOTICE OF SATISFACTION AND RELEASE OF JUDGMENT

On January 7, 2019, the United States District Court for the Northern District of Illinois entered final judgment in favor of Plaintiff and against Defendant Carrington Mortgage Services, LLC ("Carrington"), awarding Plaintiff the amount of $7,000.00, inclusive of all costs and attorney fees. (Docket No. 72). Carrington has paid the judgement amount ordered by the District Court and has fully satisfied this judgment.

Dated: January 11, 2019

Respectfully Submitted,

*/s/ Majdi Y. Hijazin*
Majdi Y. Hijazin, *Of Counsel*
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mhijazin@hijazinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Majdi Y. Hijazin*
Majdi Y. Hijazin